# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RODNEY E. BOWEN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BISHOP, WHITE, MARSHALL &<br>WEIBEL, P.S., AGENT ANNETTE COOK;<br>et al.,<br><br>　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: CV10-5728RBL |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT


Defendants' Motion to Dismiss is GRANTED and all Plaintiff's claims are DISMISSED.



Dated . MARCH 25, 2011

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　s/Jean Boring
　　　　　　　　　　　　　　　　　　　Deputy Clerk